|                                          |   |                      |
|------------------------------------------|---|----------------------|
|                                          | * | IN THE               |
| IN THE MATTER OF THE PETITION            | * | SUPREME COURT        |
| FOR REINSTATEMENT OF                     |   |                      |
| RICHARD J. TAPPAN TO THE BAR             | * | OF MARYLAND          |
| OF MARYLAND                              | * | AG No. 54            |
|                                          | * | September Term, 2025 |

## O R D E R

Upon consideration of Richard J. Tappan's petition for reinstatement and Bar Counsel's response to the petition, it is this 26th day of May 2026, by the Supreme Court of Maryland,

ORDERED that the petition is granted, and Richard J. Tappan is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk